1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    DONALD M. BIRD,                          No. CIV S-08-1253-JAM-CMK

12              Plaintiff,

13         vs.                                 ORDER

14    DEBRA BOWEN, et al.,

15              Defendants.

16    _____/

17         The matter was referred to a United States Magistrate Judge pursuant to Eastern

18    District of California local rules.

19         On June 27, 2008, the magistrate judge filed findings and recommendations

20    herein which were served on the parties and which contained notice that the parties may file

21    objections within a specified time.  Timely objections to the findings and recommendations have

22    been filed.[1]

23    / / /

24    _____

25         [1]    Plaintiff has also filed what appears to be an amended complaint (Doc. 7) along
      with a renewed application for leave to proceed in forma pauperis (Doc. 8).  The purported
26    amended complaint, however, suffers from the same jurisdictional defect(s) discussed in the June
      27, 2008, findings and recommendations.

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

2 || 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire

3 || file, the court finds the findings and recommendations to be supported by the record and by

4 || proper analysis.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1.    The findings and recommendations filed June 27, 2008, are adopted in

7 || full;

8    2.    This action is dismissed; and

9    3.    The Clerk of the Court is directed to enter judgment and close this file.

10 || DATED: October 6, 2008

11                                          /s/ John A. Mendez

12                                          HON. JOHN A. MENDEZ

13                                          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

2